EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Appellant,

v.

WESTINGHOUSE ELECTRIC CORPORATION.

No. 87–5174.

United States Court of Appeals, Third Circuit.

Oct. 30, 1990.

Before HIGGINBOTHAM, Chief Judge, BECKER and GARTH, Circuit Judges.

## ORDER

The panel opinion filed July 5, 1990, 907 F.2d 1365, is hereby vacated nunc pro tunc as of September 20, 1990.*

---

* The practice in this court is to vacate the panel opinion when a petition for panel rehearing is granted. Such an order was inadvertently not entered when panel rehearing was granted on September 20, 1990 in this case.

